CYRUS, APPELLANT, *v.* HENES; WESTINGHOUSE ELECTRIC CORPORATION ET AL., APPELLEES.

[Cite as *Cyrus v. Henes* (1994), 70 Ohio St.3d 640.]

(No. 93–2066—Submitted October 12, 1994—Decided November 9, 1994.)

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas Mester, Joel Levin, James T. Schumacher* and *Sandra J. Rosenthal,* for appellant.

*Ogne, Alberts & Stuart, P.C., Wayne L. Ogne, Bryan Cermak* and *Michael A. Ross,* for appellees.

The judgment of the court of appeals, 89 Ohio App.3d 172, 623 N.E.2d 1256, is reversed and the cause is remanded to the trial court on the authority of *Brennaman v. R.M.I. Co.* (1994), 70 Ohio St.3d 460, 639 N.E.2d 425.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents for the reasons stated in the Chief Justice's opinion concurring in part and dissenting in part in *Brennaman v. R.M.I. Co.* (1994), 70 Ohio St.3d 460, 639 N.E.2d 425.